IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVERIO REYES MARTIN,

    Petitioner,               No. CIV S-07-0999 FCD GGH P

    vs.

M. EVANS, et al.,

    Respondents.          <u>ORDER</u>

_____/

        On January 16, 2008, the parties filed a joint scheduling statement. After reviewing this statement, the court ORDERS that within sixty days of the date of this order, petitioner shall file either an exhausted amended petition or an amended petition and a motion to stay pending further exhaustion; respondent's response to petitioner's pleading is due thirty days thereafter.

DATED: 01/29/08                     /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

mart999.ord