IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVERIO REYES MARTINEZ,

      Petitioner,                No. CIV S-07-0999 FCD GGH P

   vs.

M. EVANS, et al.,

      Respondents.            <u>ORDER</u>

_____/

        On January 29, 2008, the court granted petitioner sixty days to file an amended petition or other initial filing. On March 19, 2008, petitioner filed a motion for a sixty day extension of time to file an amended petition or other initial filing. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 19, 2008, motion for extension of time is granted;

        2. Petitioner's amended petition or other initial filing is due on or before May 30, 2008. No further extensions.

DATED: 04/10/08               /s/ Gregory G. Hollows
                                         _____
                                         U.S. MAGISTRATE JUDGE

mart999.eot