IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**SILVERIO REYES MARTINEZ**,          )   CIV S-07-0999 FCD GGH P
                                      )
    Petitioner,                     )   **ORDER**
                                      )
  vs.                                 )
                                      )
**M. EVANS, et al.**                  )
                                      )
    Respondents.                    )

Petitioner has requested that the hearing on Respondent's Motion to Dismiss be continued until November 13, 2008, at 10:00 a.m.  Respondent does not object to the continuance. GOOD CAUSE APPEARING, the hearing on Respondent's Motion to Dismiss is continued until November 13, 2008 at 10:00 a.m.

Dated: 08/25/08                         /s/ Gregory G. Hollows

                                                                   Magistrate Gregory G. Hollows

Mart0999.hg