IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SILVERIO REYES MARTINEZ** | ) CIV S-07-0999 FCD GGH P )  ) |
| Petitioner, | ) **ORDER** ) |
| vs. | ) ) |
| **M. EVANS, et al.** | ) ) |
| Respondents. | ) ) |

The parties have stipulated that the hearing on the issue of equitable tolling be continued until April 20, 2009, at 9:00 a.m.  GOOD CAUSE APPEARING, the evidentiary hearing on equitable tolling is continued until April 20, 2009, at 9:00 a.m.

The court's November 19, 2008, order regarding witnesses and exhibits remains in effect including the following deadlines:

1.) On or before thirty days prior to the hearing the parties shall provide witness lists, including addresses and telephone numbers, to opposing counsel and the court.

2.) Both parties shall exchange copies of their exhibits twenty days prior to the evidentiary hearing. The parties shall file an exhibit list with the court ten days prior to the hearing.

3.) Counsel shall make the appropriate writ ad testificandum filings at least thirty days prior to the hearing.

Dated: January 30, 2009

/s/ Gregory G. Hollows

_____

Magistrate Gregory G. Hollows

Mart999.eot