IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVERIO REYES MARTINEZ,

    Petitioner,                   No. CIV S-07-0999 FCD GGH P

    vs.

M. EVANS, et al.,

    Respondents.             <u>ORDER</u>

_____/

        This action is set for an evidentiary hearing on April 20, 2009, to address the equitable tolling issues of: 1) petitioner's ability to speak, read, or write English; and 2) lockdowns at the prison.

        On March 20, 2009, petitioner filed a proposed witness list and requests for writs of ad testificandum for petitioner and two other prisoners (Rodriguez, Garcia), all located at Salinas Valley State Prison. In order for the court to evaluate the requests for writs for inmates Rodriguez and Garcia, petitioner must inform the court of their proposed testimony.

        Salinas Valley State Prison has video conferencing capabilities. If the court determines that writs should be issued for inmates Rodriguez and Garcia, it will order that they appear at the evidentiary hearing via video conference. Petitioner shall inform the court why he

should not also appear at the hearing via video conference.

Accordingly, IT IS HEREBY ORDERED that on or before March 30, 2009, petitioner shall inform the court of the proposed testimony of inmates Rodriguez and Garcia; petitioner shall also address why he should not appear via video conference at the evidentiary hearing.

DATED: March 25, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

mart999.ord