IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVERIO REYES MARTINEZ,

    Petitioner,                    No. CIV S-07-0999 FCD GGH P

    vs.

M. EVANS, et al.,

    Respondents.             ORDER

_____/

        This action is set for an evidentiary hearing on April 20, 2009, to address the equitable tolling issues of: 1) petitioner's ability to speak, read, or write English; and 2) lockdowns at the prison.

        On March 20, 2009, petitioner filed a proposed witness list and requests for writs of ad testificandum for petitioner and two other inmates (Rodriguez, Garcia), all located at Salinas Valley State Prison. On March 26, 2009, the court ordered petitioner to inform the court of the proposed testimony of inmates Rodriguez and Garcia so that it could evaluate the request for writs.

        On March 27, 2009, petitioner filed a response to the March 26, 2009, order. In this response, petitioner describes the proposed testimony of inmates Rodriguez and Garcia.

1

1   After reviewing the record, the court denies petitioner's request to call inmates
2   Rodriguez and Garcia without prejudice to recalling them at a later time. Much of what the
3   inmates would testify to is undisputed or otherwise hearsay. Petitioner himself may testify to
4   many of the matters petitioner proposes that these inmates will testify to.
5   Accordingly, IT IS HEREBY ORDERED that petitioner's request to call inmates
6   Rodriguez and Garcia at the evidentiary hearing is denied without prejudice.
7   DATED: April 1, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

mart999.wit