IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVERIO REYES MARTINEZ,

        Petitioner,                  No. CIV S-07-0999 FCD GGH P

    vs.

M. EVANS, et al.,

        Respondents.          <u>ORDER</u>

_____/

        Petitioner's counsel has requested that the court approve the provision of interpreter services for petitioner at the evidentiary hearing. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's request for appointment of a court interpreter is granted;

        2. The Clerk of the Court shall arrange for the court's staff interpreter to secure the services of a qualified interpreter for the evidentiary hearing in this matter set for April 20, 2009, at 9:00 a.m.;

        3. The Clerk of the Court shall serve this order on the court staff interpreter, Yolanda Riley-Portal.

DATED: April 8, 2009

                                      /s/ Gregory G. Hollows
                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

mart999.int