# United States District Court
# Eastern District of California

| | |
|---|---|
| SILVERIO REYES MARTINEZ, | CV 07-0999 TJH |
| Petitioner, | |
| v. | Order |
| M. EVANS, *et al.*, | |
| Respondents. | |

The Court has reviewed Petitioner's petition for writ of *habeas corpus,* together with the moving and opposing papers. However, because neither party lodged, with this Court, the state court records, including the Reporter's Transcript and the Clerk's Transcript, this Court cannot fully consider the pending petition.

It is Ordered that, on or before January 24, 2011, Respondent shall lodge with this Court a complete copy of the state court records, including the Reporter's Transcript and the Clerk's Transcript.

Date: December 17, 2010

_____
Terry J. Hatter, Jr.
Senior United States District Judge