# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERIO REYES MARTINEZ, <br><br> Petitioner <br><br> v. <br><br> M. EVANS, *et al.*, <br><br> Respondents | CV 07-00999 TJH <br><br><br> ORDER RE:  CERTIFICATE <br> OF APPEALABILITY |

On October 25, 2011, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253, The Court has reviewed the matter.

IT IS HEREBY ORDERED.

☐  The Certificate of Appealability is **Granted**.  The specific issue(s) satisfy 28 U.S.C. § 2253(c)(2) as follows:

☐  The Certificate of Appealability is **Denied** for the following reason(s):
    ☑  There has been no substantial showing of the denial of a constitutional right.
    ☐  The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
    ☐  The appeal seeks to test the validity of the detention pending removal proceedings.

February 2, 2015

*Terry J. Hatter, Jr*
United States District Judge